116 F.3d 467
 1997-2 Trade Cases P 71,897, RICO Bus.Disp.Guide 9306
 Corrado M. Baglio
v.
John Baska, Camillo A. Bonomi, Steven Brodsky, Julia Brush,
Emlyn Charles, Deca Labs, Inc., Frank Delisi, Charles
Delman, Dante Dimarzio, William B. Donatelli, George
Ehringer, Donald Fox, Edward Heinle, Robert Hersch, Joseph
Klag, Med-Check Laboratories, Inc., Med Center Entrp, John
Notaro, Gino Piroli, Kuldeep Sehgal, Narayan Shetty, Jose
Sia, Amarjeet Singh, William Slemenda, Patrick Strum,
Nicholas Tapyrik, Pradip Teredesai, Medical Center of
 NO. 96-3570
 United States Court of Appeals,
Third Circuit.
 May 27, 1997
 
 1
 Appeal From: W.D.Pa. ,No.91-cv-01937 ,
 
 940 F.Supp. 819
 
 2
 Affirmed.